OPINION — AG — THE EXPENDITURE OF SURPLUS CAMPAIGN DONATIONS FOR THE PERSONAL USE OF THE CANDIDATE DOES NOT, IN AND OF ITSELF, VIOLATE ANY PROVISION CONTAINED IN ARTICLE XV, SECTION 1, NOR ANY PROHIBITION OF THE ELECTION LAWS OF THE STATE. (CAMPAIGN CONTRIBUTIONS, FUNDS, ILLEGAL USE OF) CITE: ARTICLE III, SECTION 4, ARTICLE XV, SECTION 1, ARTICLE XV, SECTION 2, 2 U.S.C.A. 439,11 C.F.R. 9034.4(A) (JOHN F. PERCIVAL)